THE STATE EX REL. BOHLMAN, APPELLEE, *v.*
O'DONNELL, JUDGE; STELE, APPELLANT.

[Cite as *State ex rel. Bohlman v. O'Donnell* (1994), 68 Ohio St.3d 496.]

(No. 93–532—Submitted February 23, 1994—Decided March 23, 1994.)

*Jacobson, Maynard, Tuschman & Kalur Co., L.P.A., Janis L. Small* and *Susan M. Reinker,* for appellee.

*Spangenberg, Shibley, Traci, Lancione & Liber* and *Dennis R. Lansdowne,* for appellant.

The judgment of the court of appeals is reversed on authority of *Hiatt v. S. Health Facilities, Inc.* (1994), 68 Ohio St.3d 236, 626 N.E.2d 71.

A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and WRIGHT, J., dissent.